THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE:  ) CHAPTER 13
) CASE NO: 17-51263
DAVID F. COOK )
GLENNA F. COOK ) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
Debtor(s) )
) TRUSTEE'S MOTION TO
) DISMISS AND 30 DAY
) OBJECTION PERIOD

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby requests an order of dismissal of the above mentioned Chapter 13 Plan due to the following:

1. The Plan was filed on **05/25/2017.**

2. The monthly Plan payments are $**1373.00**.

> **The plan is not feasible. Payments need increased to $1,725 per month in order for the plan to complete within 60 months.**
>
> **The debtors are 3 months deliquent in plan payments. The last payment received by the Trustee was in July 2017.**

## NOTICE

**Pursuant to 11 US § 102, unless a party in interest requests a hearing on this pleading, the Court may grant the relief requested without a hearing or further notice.**

**Parties that want to be heard on this matter must file a response to this pleading within 30 days from the date in the below certificate of service.**

**The response must be filed with the US Bankruptcy Court at:**

**US Bankruptcy Court
2 South Main Street
455 John F. Seiberling Federal Building
Akron, OH 44308-1810**

**In addition to filing a response with the Court, parties requesting a hearing must serve all parties in the below certificate of service either through the mailing address provided or, where applicable, by the Court's Electronic Filing System (ECF).**

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308

(330) 762-6335
Fax
(330) 762-7072

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
Email: krucinski@ch13akron.com

## CERTICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent to:

| | |
|---|---|
| DAVID F. COOK<br>277 NORTHMORELAND AVENUE<br>MUNROE FALLS, OH 44262<br>(Via Regular Mail) | GLENNA F. COOK<br>277 NORTHMORELAND AVENUE<br>MUNROE FALLS, OH 44262<br>(Via Regular Mail) |

JAMIE NAGLE ESQ(via ECF)

Keith L. Rucinski, Chapter 13 Trustee(via ECF)

Office of the US Trustee(via ECF)

Date of Service: **11/16/2017**   By: **Monica Jones**
   Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072